NICCND (7/19/13)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

January 10, 2014

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re )
**Jason Allan Heckel** )
**Michele Elaine Heckel** )
*Other names used by debtor:* Natural Instincts )
*Other names used by joint debtor:* Sweet Possibilities )
LLC, ColdStone Creamery #1004, ColdStone )
Creamery #1630, Michele Bartram )
Debtor(s) )
 )

Case No.  **13–64274–tmr7**

NOTICE OF INTENT
TO CLOSE CASE
WITHOUT ENTRY OF
DISCHARGE

It appearing a certification of completion of instructional course concerning financial management (debtor education) has not been filed by each debtor, now, therefore,

**NOTICE IS GIVEN** that, even if a debtor is otherwise eligible for a discharge, this case may still be closed, upon completion of all case administration, without entry of a Discharge Order for a noncomplying debtor, and without further notice per 11 USC §727(a)(11), unless, within 15 days of the FILED date above, a Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (the course provider's certificate of completion and/or Official Form #B23) is filed by the debtor(s) with the Clerk, U.S. Bankruptcy Court.

To obtain Official Form #B23, go to www.uscourts.gov and click on Rules & Forms, then Official National Bankruptcy Forms.

To obtain a list of approved debtor education providers for the financial management course, go to www.justice.gov/ust and click on "Credit Counseling and Debtor Education" under Consumer Information.

Clerk, U.S. Bankruptcy Court
405 E 8th Ave #2600
Eugene, OR 97401